IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-1776-JLK-MEH**

**GIRLSONGS,**
**WB MUSIC CORP.,**
**SONS OF K'OSS MUSIC,**
**FLYTE TYME TUNES,**
**EMI APRIL MUSIC INC.,**
**LIDO MUSIC, INC., and**
**CONTROVERSY MUSIC,**

        Plaintiffs,

v.

**609 INDUSTRIES, INC., and**
**ETHAN D. RUBIN,**

        Defendants.

## ORDER

Kane, J.

This matter is before me on Plaintiffs' Motion and Supporting Memorandum for Default Judgment (Doc. 10). Upon review of the Motion, the memorandum brief and the record to date, I GRANT the Motion and ORDER a hearing set on the issue of damages and attorney fees, if any, to be awarded Plaintiffs. Counsel for Plaintiffs shall prepare a form order for injunctive relief as well as a form Final Order and Judgment for my consideration at the hearing, which will be set by separate Minute Order after dates are cleared.

Dated: September 24, 2008                        **s/John L. Kane**
                                                      SENIOR U.S. DISTRICT JUDGE