IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 07-cv-01776-CMA-MEH

GIRLSONGS,
WB MUSIC CORP.,
SONS OF K'OSS MUSIC,
FLYTE TYME TUNES,
EMI APRIL MUSIC, INC.,
LIDO MUSIC, INC., and
CONTROVERSY MUSIC,

    Plaintiffs,

v.

609 INDUSTRIES, INC., and
ETHAN D. RUBIN,

    Defendants.

## ORDER TO SET HEARING

This matter is before the Court on Plaintiff's Motion and Supporting Memorandum for Default Judgment (Doc. # 10). By Order dated September 24, 2008 (Doc. # 11), said motion was granted. Upon review of the file, it is

ORDERED that a hearing on the issue of damages and attorney fees, if any, to be awarded Plaintiffs is set for **December 8, 2008 at 10:00 a.m.** before the undersigned in Courtroom 602 of the Arraj Courthouse. Counsel for Plaintiffs shall prepare a form order for injunctive relief as well as a form Final Order and Judgment

for the Court's consideration at the hearing, to be emailed to Chambers at

**Arguello_Chambers@cod.uscourts.gov** no later than November 20, 2008.

DATED: November  6th , 2008

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge